UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SERENITY MEDINA,

        Plaintiff,

vs.

CAPITAL ONE BANK (USA), N.A.,

        Defendant.

Case No. 2:17-cv-01216-PP

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Serenity Medina, by and through the undersigned counsel, and hereby notifies the Court that the parties to this matter have reached an agreement to settle this matter in its entirety. The parties, through counsel, are working cooperatively to finalize the settlement and Plaintiff anticipates filing a Fed. R. Civ. P. 41 stipulation of dismissal, with prejudice, within 60 days.

Date: October 12, 2018

**HANSEN REYNOLDS LLC**

/s/ Michael C. Lueder
Michael C. Lueder (SBN 1039954)
HANSEN REYNOLDS LLC
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
Tel: 414-455-7676
Fax: 414-273-8476
mlueder@hansenreynolds.com

*Attorney for Plaintiff Serenity Medina*

1

## CERTIFICATE OF SERVICE

I, Michael C. Lueder, hereby certify that on October 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all parties.

Date: October 12, 2018                    **HANSEN REYNOLDS LLC**

/s/ Michael C. Lueder
Michael C. Lueder (SBN 1039954)
HANSEN REYNOLDS LLC
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
Tel: 414-455-7676
Fax: 414-273-8476
mlueder@hansenreynolds.com

*Attorney for Plaintiff Serenity Medina*