# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

SERENITY MEDINA,

       Plaintiff,                                    Case No. 17-CV-1216

      vs.

CAPITAL ONE BANK (USA) N.A.,

       Defendant.

___

## STIPULATION FOR DISMISSAL
___

It is stipulated by and between the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their respective attorneys that any and all claims set forth in the pleadings are dismissed on the merits with prejudice and without costs to any party.

Dated this 9 January 2019.

                                         **HANSEN REYNOLDS LLC**

                                         By: /s/ Michael C. Lueder
                                              Michael C. Lueder (SBN 1039954)
                                              HANSEN REYNOLDS LLC
                                              301 N Broadway, Suite 400
                                              Milwaukee, Wisconsin 53202
                                              Tel: 414-455-7676
                                              Fax 414-273-8476
                                              mlueder@hansenreynolds.com

                                              *Attorney for Plaintiff Serenity Medina*

Dated this 9 January 2019.

                              **FAEGRE BAKER DANIELS LLP**

                        By: /s/ Erin Hoffman
                            Erin Hoffman (SBN MN 0387835)
                            Faegre Baker Daniel LLP
                            2200 Wells Fargo Center
                            90 S. 7th Street
                            Minneapolis, MN 55402-3901
                            Tel. 612-766-0000
                            Fax 612-766-1600
                            erin.hoffman@faegrebd.com

                            *Attorneys for Defendant*